SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264
ROBERT KNIEF
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Robert.Knief@usdoj.gov
Representing the United States of America

```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

           MAY - 6 2025

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SOLOMAN TREMAIN WHITE,<br><br>　　　　Defendant. | Case No.: 2:25-cr-0120-CDS-MDC<br><br>**Petition for Writ of Habeas Corpus Ad Prosequendum for**<br>**SOLOMAN TREMAIN WHITE**<br>　(ID # 02682443) |

　　　　The United States of America respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum directing the Warden, Clark County Detention Center, Las Vegas, Nevada, and the United States Marshal for the District of Nevada to produce **SOLOMAN TREMAIN WHITE,** before the United States District Court on or about Wed, May 21, 2025 @ 2:30pm-3C before MDC, for initial appearance regarding a Criminal Indictment.

　　　　**SOLOMAN TREMAIN WHITE**, is currently in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

　　　　On May 6, 2025, a federal grand jury in this District returned an Indictment in the above-captioned matter charging **SOLOMAN TREMAIN WHITE.**

Accordingly, the Government requests a Writ of Habeas Corpus Ad Prosequendum so that the United States Marshals Service can produce **SOLOMAN TREMAIN WHITE**, before this Court for the purpose of initial appearance regarding a Criminal Indictment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by this Court, to appear before this Court, and when excused by this Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

Respectfully submitted this 6th day of May, 2025

SIGAL CHATTAH
United States Attorney

By_____
ROBERT KNIEF
Assistant United States Attorney

Attorneys for Plaintiffs
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SOLOMAN TREMAIN WHITE,<br><br>Defendant. | Case No.: 2:25-cr-0120-CDS-MDC<br><br>**Order for Issuance of Writ of Habeas Corpus Ad Prosequendum For SOLOMAN TREMAIN WHITE (ID # 02682443)** |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of **SOLOMAN TREMAIN WHITE**, before the United States District Court at Las Vegas, Nevada, on or about Wed, May 21, 2025 @ 2:30pm in 3C before MDC, for initial appearance regarding a Criminal Indictment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: May 6, 2025

_____
HON. MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE