UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>vs.<br><br>Soloman Tremain White,<br><br>                    Defendant. | Case No.: 2:25-cr-00120-CDS-MDC<br><br>**ORDER GRANTING THE MOTION FOR LEAVE TO FILE MOTION TO WITHDRAW UNDER SEAL AND EX-PARTE (ECF NO. 18) AND SETTING HEARING** |

The Court GRANTS the *Motion for Leave to File Motion to Withdraw Under Seal and Ex-Parte* (ECF No. 18). The parties shall also appear in-person at **2:00 p.m. on October 3, 2025, in Courtroom 3B** for a hearing on defendant's *Motion for Appointment of Counsel* (ECF No. 17) and the sealed *Ex-Parte Motion to Withdraw* (ECF No. 19) by defense counsel.

ACCORDINGLY,

IT IS ORDERED THAT:

1. The *Motion for Leave to File Motion to Withdraw Under Seal and Ex-Parte* (ECF No. 18) is GRANTED.

2. The parties shall appear in-person at **2:00 p.m. on October 3, 2025, in Courtroom 3B** for a hearing on defendant's *Motion for Appointment of Counsel* (ECF No. 17) and the sealed *Ex-Parte Motion to Withdraw* (ECF No. 19) by defense counsel.

Dated: September 26, 2025.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge