**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

        Plaintiff

v.

SOLOMAN TREMAINE WHITE,

        Defendant

Case No.: 2:25-cr-00120-CDS-MDC

**Order Approving Stipulation to Continue Pretrial Motions Deadline**

[ECF No. 28]

Based on the parties' stipulation, the deadline for filing motions in the present case is extended to February 6, 2026. Responses to motions will be due by February 20, 2026, and any replies must be filed by February 27, 2026.

Dated: January 21, 2026

_____
UNITED STATES DISTRICT JUDGE