**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:25-cr-00120-CDS-MDC |
| Plaintiff | **Order Approving Stipulation to Continue Pretrial Motions Deadline** |
| v. | |
| SOLOMAN TREMAINE WHITE, | [ECF No. 31] |
| Defendant | |

Based on the parties' stipulation, it is ordered that the deadline for filing motions in the present case is extended to February 13, 2026. Responses to motions will be due by February 27, 2026, and any replies must be filed by March 6, 2026.

Dated: February 4, 2026

_____
UNITED STATES DISTRICT JUDGE