**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff<br><br>v.<br><br>SOLOMAN TREMAINE WHITE,<br><br>                    Defendant | Case No.: 2:25-cr-00120-CDS-MDC<br><br>**Order Approving Sixth Stipulation to Extend the Deadline for Filing Pretrial Motions**<br><br>[ECF No. 36] |

The parties' stipulation **[ECF No. 36] is approved**.

It is ordered that the deadline for filing motions in the present case is extended to April 3, 2026. Responses to any and all motions (including Defendant WHITE's Motion to Sever (ECF No. 35)) are due by April 17, 2026, and any replies must be filed by April 24, 2026.

Dated: March 31, 2026

_____
UNITED STATES DISTRICT JUDGE