TODD BLANCHE
Acting Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
ROBERT KNIEF
SKYLER H. PEARSON
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Robert.kneif@usdoj.gov
Skyler.pearson@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>SOLOMAN TREMAINE WHITE,<br><br>                    Defendant. | Case No.: 2:25-cr-00120-CDS-MDC<br><br>**STIPULATION FOR PARTIES' AVAILABLITY OF DATES FOR MOTIONS HEARING** |

IT IS HEREBY STIPULATED AND AGREED by and between Assistant United States Attorneys Robert Knief and Skyler Pearson, counsel for the UNITED STATES OF AMERICA (hereinafter "the Government"), and Richard J. Pocker, Esq. of the law firm of Boies Schiller Flexner, LLP, counsel for Defendant SOLOMAN TREMAINE WHITE, that the parties are available for a hearing on the following dates for an evidentiary hearing: **June 2, 2026; June 3, 2026; June 4, 2026; and June 5, 2026**.

The Stipulation is entered into for the following reasons:

1.      On April 29, 2026, the Court ordered the parties to meet and confer and file a stipulation with proposed dates for an evidentiary hearing.

///

///

1

2.    The parties have met and conferred and propose the above-listed dates.

Dated this 6th day of May, 2026.

BOIES SCHILLER FLEXNER LLP

/s/ *Richard J. Pocker, Esq.*

RICHARD J. POCKER, ESQ.
Nevada Bar No. 3568
300 South 4th Street, Suite 800
Las Vegas, NV 89101
*Attorney for Defendant*
SOLOMAN TREMAINE WHITE

UNITED STATES ATTORNEY

/s/ *Skyler H. Pearson*

SKYLER H. PEARSON
Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:25-cr-00120-CDS-MDC |
| Plaintiff, | **ORDER** |
| vs. | |
| SOLOMAN TREMAINE WHITE, | |
| Defendants. | |

## <u>ORDER</u>

IT IS THEREFORE ORDERED that an evidentiary hearing is set for __June 23, 2026__ at __9:00__ **a.m** in **Courtroom 3C.**

DATED this __8th__ day of __May__, 2026.

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

3