**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

SOLOMAN TREMAINE WHITE,

      Defendants.

Case No.: 2:25-cr-00120-CDS-MDC

**ORDER**

IT IS HEREBY ORDERED that the Evidentiary Hearing currently scheduled for June 23, 2026 at 9:00 a.m. is continued to July 15, 2026 at Courtroom 3B at the hour of ___9___ a.m.

DATED this __22nd__ day of ____June____, 2026.

_____
Hon. Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE

3