BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER, ESQ.
Nevada Bar No. 3568
rpocker@bsfllp.com
300 South 4th Street, Suite 800
Las Vegas, Nevada 89101
Telephone: (702) 382-7300
*Attorney for Defendant*
SOLOMAN TREMAINE WHITE

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>SOLOMAN TREMAINE WHITE,<br>Defendant. | Case No.: 2:25-cr-00120-CDS-MDC<br>**MOTION TO CONTINUE TRIAL**<br>**(Sixth Request)** |

IT IS HEREBY CERTIFIED THAT although this Motion is being filed later than the date contemplated by orders of the Court and the applicable Local Rules of Practice for the United States District Court for the District of Nevada, good cause exists for allowing the present Motion to be filed. As further recounted herein, the procedural posture of the present case makes the commencement of trial on July 20, 2026 impossible without depriving Defendant WHITE of important procedural rights attendant to a final resolution of four (4) pending motions which will necessarily determine the evidentiary and procedural structure of his trial. Consequently, Defendant WHITE requests relief from the timeliness requirement for consideration of the present Motion.

COMES NOW Defendant SOLOMAN TREMAINE WHITE, by and through his counsel, Richard J. Pocker, Esq. of the law firm of Boies Schiller Flexner, LLP, and files his Motion to Continue Trial, as follows:

The trial in the present case is set to commence on July 20, 2026. Defendant WHITE hereby requests that the trial be continued at least sixty (60) days or to a date and time convenient for the

Court. Defendant also requests that the Calendar Call presently scheduled for July 14, 2026 be vacated and continued to a date consistent with the requested new trial date. This is the sixth request to continue the trial, earlier requests having been made by way of stipulations with the UNITED STATES OF AMERICA (hereinafter, "the Government").

The justification for the requested continuance results from the current procedural posture of the present case, most notably the status of pretrial motions filed by Defendant WHITE. Defendant WHITE has filed four (4) motions which are currently pending before the U.S. Magistrate Judge. Briefing on those motions was complete as of April 24, 2026, and the U.S. Magistrate Judge conducted a Scheduling Conference on April 28, 2026 to address the procedural posture of Defendant WHITE's motions. Following the April 28 Conference, the Court scheduled an evidentiary hearing for June 23, 2026. However, as a result of the unavailability of Defendant WHITE's counsel on that date (due to his participation in the nine day jury trial in United States v. Darrell Harris, et al. Case Number 2:23-cr-00113-CDS-NJK) the evidentiary hearing was re-scheduled for July 15, 2026.

The time period between the date of this Motion and the July 20, 2026 trial date will not accommodate the completion of the proceedings necessary for the resolution of Defendant WHITE's pending motions. The evidentiary hearing, the U.S. Magistrate Judge's rulings on the motions, the filing of objections or appeals by any aggrieved parties, and the subsequent analysis of those objections and appeals by the U.S. District Judge will not be completed within the thirteen (13) days remaining before the July 20, 2026 trial date. Defendant WHITE wishes to preserve his right to have those motions fully adjudicated before his trial commences.

Defendant WHITE is presently in custody pending trial, but has no objection to the requested continuance of trial. He and his counsel are not seeking this continuance for purposes of delay, but rather to provide them with sufficient time in which to prepare any necessary objections or appeals regarding Defendant WHITE's four (4) pending motions, and to effectively and completely finalize his defense following the Court's rulings.

Defendant WHITE sought to obtain the continuance request made in the present Motion by way of a stipulation with the Government, but was unable to do so. On July 6, 2026, counsel for Defendant WHITE and counsel for the Government discussed the July 20, 2026 trial setting. The Government declined to stipulate to a continuance, asserting that the case had been pending long enough already (the Indictment was returned in April of 2025) and there was no justification to postpone trial further. Counsel for Defendant WHITE advised the Government he would seek the continuance by way of motion instead.

Denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Motion is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code Section 3161(h)(7)(B)(i), (iv).

For the reasons set forth herein, Defendant WHITE's Motion must be granted.

Dated this 7th day of July, 2026.

BOIES SCHILLER FLEXNER LLP

*/s/ Richard J. Pocker*

RICHARD J. POCKER, ESQ.
Nevada Bar No. 3568
300 South 4th Street, Suite 800
Las Vegas, NV 89101
*Attorney for Defendant*
SOLOMAN TREMAINE WHITE

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court of Nevada by using the CM/ECF System on July 7, 2026.

*/s/ Amy M. Scott*
AMY M. SCOTT
An employee of Boies Schiller Flexner LLP