**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff

v.

SOLOMAN TREMAINE WHITE,

Defendant

Case No.: 2:25-cr-00120-CDS-MDC

**Order Approving Stipulation to Extend Deadline for Filing Objections or Appeal**

[ECF No. 64]

The parties stipulation [ECF No. 64] is approved. It is ordered that the deadline for filing objections and/or appeals to the Court's Order Denying Motions to Suppress and to Sever in the present case is extended to August 20, 2026. Responses to any and all objections or appeals are due by September 3, 2026.

Dated: August 11, 2026

UNITED STATES DISTRICT JUDGE