**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>v.<br>SOLOMAN TREMAINE WHITE,<br>Defendant | Case No.: 2:25-cr-00120-CDS-MDC<br>**Order Approving Stipulation to Extend Deadline to File Post-Trial Motions**<br>[ECF No. 88] |

Based on the parties' stipulation, it is ordered that the deadline for the filing of post-trial motions is extended November 3, 2026.

Dated: October 21, 2026

UNITED STATES DISTRICT JUDGE