**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff

v.

SOLOMAN TREMAINE WHITE,

Defendant

Case No.: 2:25-cr-00120-CDS-MDC

**Order Approving Stipulation to Extend Deadline for Filing Post-Trial Motions**

[ECF No. 90]

Based on the parties' stipulation, it is ordered that the deadline for the filing of post-trial motions is extended to November 16, 2026.

Dated: October 28, 2026

UNITED STATES DISTRICT JUDGE