**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

SOLOMAN TREMAINE WHITE,

Defendant.

**Case No. 2:25-cr-00120-CDS-MDC**

**ORDER GRANTING MOTION (ECF NO. 96)**

The Court has reviewed the defendant Soloman Tremaine White's *Motion for Ineffective Assistance of Counsel* (ECF No. 96). Mr. White claims that his current appointed counsel, Richard Pocker, Esq., has not been effective in representing him in this case and discusses several occasions of disagreements. Mr. White requests that Mr. Pocker be removed as his counsel and for appointment of new counsel. The Court thus construes Mr. White's motion as a motion for new counsel. For cause shown, **IT IS ORDERED** that Mr. White's *Motion for Ineffective Assistance of Counsel* (ECF No. 96) is **GRANTED**.

**IT IS FURTHER ORDERED** that new CJA counsel is to be appointed for the defendant Soloman Tremaine White. If new counsel has any conflicts or issues in accepting this case, they are to promptly notify this Court so a hearing can be set. New counsel is to promptly contact Mr. Pocker's Office to make all necessary arrangements to transfer the files and information to new counsel. AUSA Robert Knief is to confer and cooperate with new counsel and confer regarding post-trial deadlines.

Dated: November 18, 2026.

Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge